**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-21927 | JRS | Judge: | James R. Sacca | Trustee Name: | Bradley J. Patten, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Robert Vance Bibb | | | | Date Filed (f) or Converted (c): | 09/27/2019 (f) |
| | | | | | 341(a) Meeting Date: | 11/04/2019 |
| For Period Ending: | 12/31/2020 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 128 Headwaters Trail, Dahlonega Ga 30533 Lumpkin | 192,557.00 | Unknown | | 0.00 | Unknown |
| 2. 2005 Chrysler 300C | 750.00 | 0.00 | OA | 0.00 | FA |
| 3. All Household Items 1 Dining Room Suite; 1 Living Room Suite; 2 Bedroom Suites | 575.00 | 0.00 | | 0.00 | FA |
| 4. 1 Old Home Computer And Printer | 100.00 | 0.00 | | 0.00 | FA |
| 5. All Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. All Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8. Wells Fargo | 986.00 | 0.00 | | 0.00 | FA |
| 9. Wells Fargo | 676.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Business Property | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $196,514.00         $0.00                          $0.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Chapter 7 Trustee is continuing to evaluate Debtor's residence (Asset No. 1).

Initial Projected Date of Final Report (TFR): 12/31/2021     Current Projected Date of Final Report (TFR): 12/31/2021

Trustee Signature:     /s/ Bradley J. Patten, Trustee     Date: 01/20/2021

Bradley J. Patten, Trustee
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA  30503
(770) 536-3381